IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS/ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA and the PEOPLE of the VIRGIN ISLANDS )<br>)<br>)<br>) | CRIMINAL NO. 2011-*03*<br><br>**INFORMATION** |
| v. )<br>) | Count One; 18 U.S.C. § 922(k)<br>(Possession of Firearm with an<br>Obliterated Serial Number) |
| KANIAH A. HAZEL, )<br>) | Count Two; 14 V.I.C. § 2253 (a)<br>(Carrying of Firearms) |
| Defendant. )<br>)<br>)<br>) | Count Three; 23 V.I.C. § 481<br>(Possession of Firearm with an<br>Obliterated Serial Number) |

The United States Attorney Charges That:

## COUNT ONE

(Possession of Firearm with an Obliterated Serial Number)

On or about December 30, 2010, at St. Thomas, in the District of the Virgin Islands, the defendant,

**KANIAH A. HAZEL,**

knowingly possessed a firearm, that is, a Bryco 9mm semi-automatic pistol, that had been shipped and transported in interstate commerce, from which the manufacturer's serial number had been removed, altered, and obliterated;

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

The United States Attorney Further Charges That:

## COUNT TWO

(Carrying of Firearms)

On or about December 30, 2010, at St. Thomas, in the District of the Virgin Islands, the defendant,

**KANIAH A HAZEL,**

did without authority of law, possess a firearm, that is, a Bryco 9mm semi-automatic pistol.

In violation of Title 14, Virgin Islands Code, Section 2253(a).

The Unites States Attorney Further Charges That:

## COUNT THREE

(Possession of Firearm with an Obliterated Serial Number)

On or about December 30, 2010, at St. Thomas, in the District of the Virgin Islands, the defendant,

**KANIAH A. HAZEL,**

unauthorized by law, had, carried, and transported, actually and constructively, loaded and unloaded, openly and concealed, a firearm, that is, a Bryco 9mm semi-automatic pistol, as defined in Title 23, Virgin Islands Code, Section 451(d), with obliterated identification marks in a public place, a residential area, and a place where persons are gathered, that is, he possessed a firearm on a public street of St. Thomas, United States Virgin Islands.

In violation of Title 23, Virgin Islands Code, Section 481 (b).

# FORFEITURE ALLEGATIONS

Upon conviction of the offense alleged in Count One of this Information, defendant,

**KANIAH A. HAZEL,**

shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following:

## FIREARM OR AMMUNITION

One Bryco 9mm semi-automatic pistol

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C.§ 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

RONALD W. SHARPE
UNITED STATES ATTORNEY

Dated: January 28, 2011     BY: _/s/_____
Ishmael A. Meyers, Jr.
Assistant United States Attorney